IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICTOR RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| THE CITY OF GRAND PRAIRIE and | § | |
| JORJA CLEMSON, JIM SWAFFORD, | § | |
| LILA THORN, RICHARD FREGOE, | § | CIVIL ACTION NO. 3:15-CV-0718-D |
| TONY SHOTWELL, JEFF | § | |
| WOOLDRIDGE, JEFF COPELAND, | § | |
| GREG GIESSNER, and RON JENSEN, in | § | |
| their official capacities, | § | |
| | § | |
| Defendants. | § | |

### AGREED MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Victor Rodriguez ("Plaintiff") and defendants City of Grand Prairie, Jorja Clemson, Jim Swafford, Lila Thorn, Richard Fregoe, Tony Shotwell, Jeff Wooldridge, Jeff Copeland, Greg Giessner, and Ron Jensen, (collectively, "Defendants") file this Agreed Motion to Dismiss without Prejudice (the "Motion"), as follows:

### I.

### GROUNDS FOR MOTION

Plaintiff brought this action against Defendants on March 4, 2015, seeking declaratory and injunctive relief regarding the method by which the City of Grand Prairie holds elections for members of the City Council. On July 14, 2015, the parties entered into a settlement agreement to resolve all claims in the litigation and to release and forever discharge defendants from, among other things, all claims raised in this suit. Because there are no remaining disputes between the parties, Plaintiff and Defendants agree to dismiss this action without prejudice.

## II.

## REQUESTED RELIEF

Plaintiff and Defendants request that the Court enter an order dismissing this action without prejudice.

Dated:  July 21, 2015                              Respectfully submitted,

**BREWER STOREFRONT, PLLC**

BY:/s/ *Gregory A. Brassfield*
William A. Brewer III
State Bar No. 02967035
wab@ brewerattorneys.com
Jack G. B. Ternan
State Bar No. 24060707
jgt@ brewerattorneys.com
Gregory A. Brassfield
State Bar No. 24079900
gxb@ brewerattorneys.com
Anthony J. Bégon
State Bar No. 24092109
axb@ brewerattorneys.com

1717 Main Street
Suite 5900
Dallas, Texas 75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

**ATTORNEYS FOR PLAINTIFF**

BY:/s/ *C. Robert Heath*
C. ROBERT HEATH
bheath@bickerstaff.com
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021

**ATTORNEY FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2015, I electronically submitted the following document to the Clerk of the Court for the U.S. District Court for the Northern District of Texas using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means.

/s/     *Gregory A. Brassfield*

**CERTIFICATE OF CONFERENCE**

I, Gregory A. Brassfield, hereby certify that on July 21, 2015, I conferred with Bob Heath, counsel for Defendants about the Motion. Plaintiff and Defendants agree that the Motion should be granted.

/s/     *Gregory A. Brassfield*