IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VICTOR RODRIGUEZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **THE CITY OF GRAND PRAIRIE and JORJA CLEMSON, JIM SWAFFORD, LILA THORN, RICHARD FREGOE, TONY SHOTWELL, JEFF WOOLDRIDGE, JEFF COPELAND, GREG GIESSNER, and RON JENSEN, in their official capacities,** | § § § § § § § § | **CIVIL ACTION NO. 3:15-CV-0718-D** |
| | § | |
| **Defendants.** | § | |

## AGREED ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff's and Defendants' Motion to Dismiss Without Prejudice ("Motion") came before this Court for consideration. After due consideration, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that this case is dismissed without prejudice.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

**BREWER STOREFRONT, PLLC**

BY:/s/ *Gregory A. Brassfield*
William A. Brewer III
State Bar No. 02967035
wab@brewerattorneys.com
Jack G. B. Ternan
State Bar No. 24060707
jgt@ brewerattorneys.com
Gregory A. Brassfield
State Bar No. 24079900
gxb@ brewerattorneys.com
Anthony J. Bégon
State Bar No. 24092109
axb@ brewerattorneys.com

1717 Main Street
Suite 5900
Dallas, Texas 75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

**ATTORNEYS FOR PLAINTIFF**

BY:/s/ *C. Robert Heath*
C. ROBERT HEATH
bheath@bickerstaff.com
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021

**ATTORNEY FOR DEFENDANTS**